IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| LEAH CHURCHILL, | : | Civil Action No. 4:08-CV-220 |
| Plaintiff, | : | |
| vs. | : | |
| ARS NATIONAL SERVICES, INC., | : | |
| Defendant. | : | |

DISMISSAL WITH PREJUDICE

Plaintiff, Leah Churchill, by her attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice.

*[signature]*
RAY JOHNSON
AT0004019
JOHNSON LAW FIRM
950 Office Park Rd.
Suite 335
West Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com